**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **DAVID D. HILL,** | ) | Civil Action No. 7:14-cv-00245 |
|     **Plaintiff,** | ) | |
| | ) | **OPINION** |
| **v.** | ) | |
| | ) | By:    **James P. Jones** |
| **GREGORY HOLLOWAY, et al.,** | ) | **United States District Judge** |
|     **Defendant(s).** | ) | |

David D. Hill, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered May 12, 2014, the court directed plaintiff to submit within 10 days from the date of the Order a statement of assets, an inmate account report form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period as well as an executed verified statement form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This \_\_\_6th\_\_\_ day of June, 2014.

                                                                  s/ James P. Jones
                                                                  United States District Judge